# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,                             Criminal No. 06-437 (RHK/JSM)

        Plaintiff,

        v.                                                                      **ORDER**

David Greene,

        Defendant.

---

The Defendant has moved for an extension of his voluntary surrender date. Based on good cause shown it is hereby **ORDERED** that the Defendant's voluntary surrender date is extended to Wednesday, June 27, 2007.

Dated: June 5, 2007                        s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge